# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>Plaintiff,<br><br>v.<br><br>KAINTH BROTHERS, INC.,<br><br>Defendant. | Case No. 1:18-cv-00411-AWI-BAM<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(Doc. 8)<br><br>ORDER SETTING STATUS CONFERENCE |

On July 18, 2018, the Court issued an order directing counsel for Plaintiff Theresa Brooke, attorney Peter Strojnik, to show cause why sanctions should not be imposed for his failure to appear at the telephonic status conference on that date. The Court directed counsel to explain not only the failure to appear for the conference he requested, but also why he had otherwise failed to prosecute this action on behalf of Plaintiff Theresa Brooke. (Doc. 8.)

On July 23, 2018, counsel filed a response to the show cause order. According to the response, counsel was on vacation with his family at the time of the conference. Although he set an alarm and planned to appear, he overslept. Counsel offers his apologies to the Court and requests that if sanctions are issued, then they be issued to him and not his client. (Doc. 9.)

In addition to his response, counsel also provided a brief status of this action. Counsel reports that he reached an oral agreement with defendant to resolve this action, but thereafter defendant could not be contacted. After the Court set the July 18 Status Conference, defendant reappeared and signed the settlement agreement on July 10, 2018. However, counsel has not yet received the monetary consideration portion of the agreement. (Id.)

Having considered counsel's response, the Court will not issue sanctions at this time, but will set a further status conference regarding the settlement and status of this action. Accordingly, IT IS HEREBY ORDERED as follows:

1. The Order to Show Cause issued on July 18, 2018, is DISCHARGED;

2. The Court SETS a telephonic status conference for **Thursday, August 16, 2018, at 9:00 a.m. in Courtroom 8 (BAM)** before the undersigned;

3. Plaintiff's counsel shall file a brief written status report on or before **Friday, August 10, 2018,** detailing the status of this action and related settlement;

4. If a notice of settlement is filed prior to the conference, then the conference will be vacated; and

5. The failure to comply with this order may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated: **July 24, 2018**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE